```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 15035
   RICK A ZALUCKI
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-8770

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 06/12/2008 and was confirmed 10/08/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/25/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
AMERICAS SERVICING COMPA CURRENT MORTG         .00              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE     34551.69             .00         311.28
ECAST SETTLEMENT CORP    UNSECURED          3807.93             .00            .00
CITI CARDS               UNSECURED         NOT FILED            .00            .00
CITI                     UNSECURED         NOT FILED            .00            .00
COLE TAYLOR BANK         UNSECURED         NOT FILED            .00            .00
FIRST USA BANK           UNSECURED         NOT FILED            .00            .00
GEMB GECRD               UNSECURED         NOT FILED            .00            .00
JC PENNEY                UNSECURED         NOT FILED            .00            .00
ECAST SETTLEMENT CORP    UNSECURED          2550.94             .00            .00
PFF EMERGENCY SERVICES   UNSECURED         NOT FILED            .00            .00
RNB-FIELDS3              UNSECURED         NOT FILED            .00            .00
LVNV FUNDING             UNSECURED          1437.39             .00            .00
SHELL OIL/CITIBANK       UNSECURED         NOT FILED            .00            .00
TURNER ACCEPTANCE        UNSECURED         NOT FILED            .00            .00
LASALLE BANK NATIONAL    MORTGAGE NOTI     NOT FILED            .00            .00
CHAD M HAYWARD           DEBTOR ATTY       2,250.00                         2,250.00
TOM VAUGHN               TRUSTEE                                              198.72
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 2,760.00

PRIORITY                                         .00
SECURED                                       311.28
UNSECURED                                        .00
ADMINISTRATIVE                              2,250.00
TRUSTEE COMPENSATION                          198.72
DEBTOR REFUND                                    .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 15035 RICK A ZALUCKI
```

```
                                 ---------------      ---------------
TOTALS                                  2,760.00             2,760.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/26/09

                                 /s/ Tom Vaughn
                                 _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE